UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| EARL RINGO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 09-4095-CV-C-NKL |
| ) | |
| GEORGE A. LOMBARDI, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2010, a true and correct copy of "Defendants' Response to Plaintiffs' First Request for Admissions," "Defendant's Response to Plaintiffs' First Interrogatory," and a copy of this Certificate were emailed and mailed, postage prepaid, to the following:

John William Simon
Constitutional Advocacy LC
2683 South Big Bend Blvd
Suite 12
St Louis, Missouri 63143-2100

Joseph Luby
Public Interest Litigation Clinic
305 E 63rd St
Kansas City, Missouri 64113

Cheryl Ann Pilate
142 North Cherry
Olathe, Kansas 66061

David Barron
100 Fair Oaks Lane
Suite 301
Frankfort, Kentucky 40601

Rebecca L. Kurz
Morgan Pilate LLC
142 North Cherry Street
Olathe, Kansas 66061

1

Respectfully submitted,
**CHRIS KOSTER**
**Attorney General**

/s/ *Cheryl Ann Schuetze*

CHERYL ANN SCHUETZE
Assistant Attorney General
Bar Number: 53736
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573)751-0304
Fax: (573)751-9456
cheryl.schuetze@ago.mo.gov

ATTORNEY FOR RESPONDENTS
LOMBARDI, LARKINS, AND DOE

2