UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 10-8024

_____

Earl Ringo, Jr.; John C. Middleton; Russell Bucklew; John E. Winfield; Dennis Skillicorn; Leon Taylor; Roderick Nunley; Jeffrey R. Ferguson; Richard D. Clay; Allen L. Nicklasson; Joseph Franklin; Martin Link; Mark Christeson; William L. Rousan; David Barnett; Cecil Clayton; Michael Anthony Taylor; Herbert Smulls

Respondents

v.

George A. Lombardi; Steve Larkins; John Doe

Petitioners

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:09-cv-04095-NKL)

_____

**JUDGMENT**

The petition for permission to appeal has been considered by the court and is denied.

September 13, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans