# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| RICHARD D. CLAY et. al, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 09-4095-CV-C-NKL |
| ) | |
| GEORGE A. LOMBARDI, STEVE ) | |
| LARKINS, JOHN DOES 2-40, ) | |
|     Defendants. ) | |

## SUGGESTION OF MOOTNESS

Counsel for plaintiff Richard D. Clay have been informed by the office of Governor Jeremiah W. (Jay) Nixon that the Governor has determined to commute the sentence of Mr. Clay to life in prison without parole.

Counsel therefore withdraw their pending motion for stay as moot.

Respectfully submitted,

/s/ Jennifer Herndon

Jennifer Herndon
224 N. Hwy 67 #122
Florissant, MO 63033
Missouri Bar No. 37921
314-831-5531
jenifer@ix.netcom.com

/S/ ELIZABETH UNGER CARLYLE

Elizabeth Unger Carlyle
P.O. Box 866
Columbus, MS 39703
Missouri Bar No. 41930
 (816) 525-6540
FAX (866) 764-1240
elizcar@lawalumni.neu.edu
ATTORNEYS FOR RICHARD D. CLAY

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served upon opposing counsel Andrew Hassell, Asst. Atty. Gen., and counsel for co-plaintiffs via this Court's electronic filing system on January 10, 2011.

/s/ Elizabeth Unger Carlyle

ELIZABETH UNGER CARLYLE