IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| EARL RINGO, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 09-4095-CV-C-NKL |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
|     Defendants. | ) | |

**Plaintiffs' Motion for Summary Judgment**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs respectfully request that this Court enter an Order granting summary judgment in favor of Plaintiffs and against Defendants on all claims set forth in Plaintiffs' amended complaint, and thereafter, to enter appropriate equitable relief. As set forth more fully in the accompanying suggestions, Plaintiffs are entitled to summary judgment because there is no genuine issue of material fact, and Plaintiffs are entitled to judgment as a matter of law.

1

Respectfully submitted,

/s/  Joseph W. Luby

| | |
|---|---|
| Joseph W. Luby, Mo. 48951<br>Death Penalty Litigation Clinic<br>6155 Oak Street, Suite C<br>Kansas City, MO  64113<br>816-363-2795 • FAX 816-363-2799<br>*Counsel for Plaintiff Winfield* | Jennifer Herndon, Mo. 37921<br>224 Hwy 67 North, # 122<br>Florissant, Mo 63031<br>314-831-5531 • FAX 314-831-5645<br>*Counsel for Plaintiffs Nunley, Clay,<br>    Ferguson, Nicklasson,<br>    Franklin, and Link* |
| David Barron, Ky. Bar 90269<br>100 Fair Oaks Lane, Suite 301<br>Frankfort, KY 40601<br>502-564-3948 • FAX 502-564-3949<br>*Counsel for Plaintiffs Ringo, Bucklew,<br>    Middleton, and Winfield* | Michael J. Gorla, Mo. 26399<br>720 Olive Street, Ste. 1630<br>St. Louis, MO 63139<br>314-621-1617<br>*Counsel for Plaintiff Ferguson* |
| John William Simon, Mo. 34535<br>Constitutional Advocacy, L.L.C.<br>7413 Manchester Road, Suite 109<br>St. Louis, MO 63143-3001<br>314-604-6982 • FAX 314-754-2605<br>*Counsel for Plaintiffs Ringo, Bucklew,<br>    Middleton, and Michael Taylor* | Christopher E. McGraugh, Mo 36301<br>Leritz, Plunkert & Bruning<br>555 Washington Avenue, Suite 600<br>St. Louis, MO 63101<br>314-231-9600 • FAX 314-231-9480<br>*Counsel for Plaintiff Link* |
| Cheryl Ann Pilate, Mo. 42266<br>Rebecca L. Kurz, Mo. 40451<br>Morgan Pilate LLC<br>142 North Cherry<br>Olathe, KS 66061<br>913-829-6336 • FAX 913-829-6446<br>*Counsel for Plaintiffs Bucklew,<br>    Middleton, Ringo, and Smulls* | Elizabeth Unger Carlyle, Mo. 41930<br>P.O. Box 866<br>Columbus, MS 39703<br>816-525-6540 • FAX 866-764-1249<br>*Counsel for Plaintiffs Barnett, Clay<br>Clayton, and Leon Taylor* |

Richard H. Sindel
8000 Maryland, Suite 350
St. Louis, MO 63105
314-721-6040 • FAX 314-721-8545
*Counsel for Plaintiff Barnett*

Eric W. Butts, Mo. 36184
720 Olive Street, Suite 1630
St. Louis, MO 63101
314-621-1617 • FAX 314-621-7448
*Counsel for Plaintiffs Christeson
and Rousan*

Charles M. Rogers
Wyrsch, Hobbs & Mirakian, PC
1000 Walnut Street, Suite 1600
Kansas City, MO 64106-2122
816-221-0080 • FAX 816-221-3280
*Counsel for Plaintiff Smulls*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded for transmission via Electronic Case Filing (ECF) this 21st day of January, 2011, to Andrew W. Hassell, Michael J. Spillane, and Stephen D. Hawke, Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65101.

/s/ Joseph W. Luby
Joseph W. Luby

*Counsel for Plaintiff John E. Winfield*