

# Morris & Dickson Co., L.L.C.

SINCE 1841
10301 Hwy 1 South, Shreveport, LA 71115 Ph. 318-797-7900
P.O. Box 51367 Shreveport LA 71135-1367 Ph. 318-797-7900

**REMIT TO:** P.O. BOX 236, JEFFERSON CITY, MO 65102

| SHIP TO | BILL TO |
|---|---|
| ERECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | ERECEPTION DIAG CORR CNTR<br>P.O. BOX 236<br>JEFFERSON CITY, MO 65102<br>ACK # 13592 |

| CUST. NO. | DEA REG. NO. | INVOICE NO. |
|---|---|---|
| 21727 | BE6051700 | 6127473 |

| ORD. TYPE | P.O. NUMBER | DATE |
|---|---|---|
| 3 | | 5/09/03 |

| SHIP VIA | DEPT. NUMBER | PAGE |
|---|---|---|
| 219 OTHER | | 1 |

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | PC/S | RETAIL | LIST | PROMO % | COST | G.P. % | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 661060 | 1 | CT | FLUMAZENIL VL 5 ML CT/10 | BED | 55390-0092-16 | 2 | | 93.750 | | 74.188 | 49.46 | | 74.18 |
| 133389 | 1 | CT | HEPARIN L/F VL 100U 10ML/25 | HOS | 409-1152-70 | 2 | | 14.060 | | 11.127 | 9.15 | | 22.25 |
| 050732 | 1 | CT | METHYLENE BLUE VL 1% 10ML/10 | TAY | 11098-0504-10 | 2 | | 60.300 | | 49.702 | 34.50 | | 99.40 |
| 126482 | 2 | CT | POT CHL VL 4 MEQ 20ML/25 | HOS | 409-6653-09 | 2 | | 14.380 | | 11.375 | 8.16 | | 79.63 |
| 124313 | 1 | CS | SOD CHL .9% 1000ML/12 BAG | HOS | 409-7983-09 | 2 | | 20.400 | | 16.141 | | | 16.14 |
| 123463 | 1 | CS | WATER IRR STR 1000ML/12 BOT | HOS | 409-7139-09 | 2 | | 26.100 | | 20.651 | | | 20.65 |

*This invoice replaces inv. #8123933*

| GROSS TOTAL | PAST DUE ACCOUNTS | Pay by 07/07/03 and Deduct | TOTAL TAX | NET AMOUNT |
|---|---|---|---|---|
| 328.66 | | 16.43 | .00 | 312.25 |

1 1/2% SERVICE CHARGE (18% PER ANN)

RINGO-42

**Plaintiffs' Summary Judgment Exhibit 27 -- Page 1**



Morris & Dickson Co., L.L.C.

10301 Hwy 1 South, Shreveport, LA 71115 Ph. 318-797-7900

P.O. Box 51367 Shreveport, LA 71135-1367 Ph. 318-797-7900

REMIT TO:

| | | |
|---|---|---|
| SHIP TO | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | BILL TO | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628 |

ACK # 09872

| CUST. NO. | DEA REG. NO. | INVOICE NO. |
|---|---|---|
| 21727 | BE6051700 | 8124547 |
| ORD. TYPE | P.O. NUMBER | DATE |
| 3 | | 5/07/08 |
| SHIP VIA | DEPT. NUMBER | PAGE |
| 219 M & D | | 1 |

DEA No. RM0314790  C2A  215

COPY

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | PC | CLS | RETAIL | LIST | PROMO% | COST | G.P.% | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 361188 | 2 | CT | MIDAZOLAM VL5MG/ML 1ML/10 | BAX | 10019-0027-01 | | 4 | | 15.630 | | 12.364 | | | 24.73 |
| 061754 | 7 | CS | PENTOTHAL RTM SRN 500MG/2.5LTF | HOS | 409-3353-01 | | 4 | | 540.940 | | 428.033 | | | 2996.23 |

RINGO-43

| GROSS TOTAL | | TOTAL TAX | NET AMOUNT |
|---|---|---|---|
| 3179.95 | 158.99 | 3020.96 .00 | 3020.96 |

1 1/2% SERVICE CHARGE (18% PER A ON PAST DUE ACCOUNTS)

Pay by 6/06/08 and Deduct 158.99

Promo % - Mfg Promotion Disc
G = Group  V = Pmmp
I = Individual  D = DS-
M = M&D  P = PHS

* PC - Price Change
^ - Contract Item

* CLS - Drug Class
2 = prescriptions
4 = Schedule 4-5
5 = LA Only
6 = Schedule 3
8 = Schedule 2

**Plaintiffs' Summary Judgment Exhibit 27 -- Page 2**

Thomas & Dickson Co., L.L.C.
SINCE 1841
10301 Hwy 1 South, Shreveport, LA 71115 Ph. 318-797-7900
P.O. Box 51367 Shreveport, LA 71135-1367 Ph. 318-797-7900

REMIT TO

| SHIP TO | BILL TO |
|---|---|
| E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>ACK # 80652 |

| CUST. NO. | DEA-REG. NO. | INVOICE NO. |
|---|---|---|
| 21727 | BR6051700 | 8934123 |
| ORD. TYPE | P.O. NUMBER | DATE |
| 3 | 92200520 | 3/17/09 |
| SHIP VIA | DEPT. NUMBER | PAGE |
| 219 M & D | | |

DEA No. RM0314790

RINGO-62

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | CLS | RETAIL LIST | PROMO % | COST | G.P. % | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 666149 | 1 | CS | PENTOTHAL COMBO PAK 1GM 50ML25 | HOS | 409-6431-02 | | 743.130 | | 585.64 | | | 585.64 |

* CLS = Drug Class
  2 = prescriptions
  4 = Schedule 4-5
  5 = LA Only
  6 = Schedule 3
  8 = Schedule 2

G = Group        V = Prime Vendor
I = Individual   D = DSHIP
M = M&D          P = PHS

* Promo % - Mfg Promotion Disc
C - Price Change
- - Contract Item

1 1/2% SERVICE CHARGE (18% PER ANNUM) ON PAST DUE ACCOUNTS

| GROSS TOTAL | Pay by 4/16/09 and Deduct | TOTAL TAX | NET AMOUNT |
|---|---|---|---|
| 616.46 | 30.82 | | 585.64 |

Plaintiffs' Summary Judgment Exhibit 27 -- Page 3

# Morris & Dickson Co., L.L.C.

10301 Hwy 1 South, Shreveport, LA 71115 Ph. 318-797-7900
SINCE 1841
P.O. Box 51367 Shreveport, LA 71135-1367 Ph. 318-797-7900

REMIT TO

| S/H/I/P T/O | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | B/I/L/L T/O | E RECEPTION DIAG CORR CNTR<br>P.O. BOX 236<br>JEFFERSON CITY, MO 65102<br>ACK # 52844 |
|---|---|---|---|

| CUST. NO. | DEA REG. NO. | INVOICE NO. | |
|---|---|---|---|
| 21727 | BE6051700 | 9125332 | 21 |
| ORD. TYPE | P.O. NUMBER | DATE | B2. |
| 3 | 92200616 | 5/27/09 | 1 |
| SHIP VIA | DEPT. NUMBER | PAGE | |
| 219 M & D | MODeptofCorr | 1 | |

DEA No. RM0314790

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | C/S | RETAIL LIST | PROMO % | COST | G.P.% | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 502559 | 1 | EA | DIAZEPAM TAB 5 MG 100UD | UDL | 51079-0285-20 | 4 | 32.140 | | 5.388 | | G | 5.39 |
| 4073395 | 2 | EA | HALOPERIDOL VL 5MG/ML 10ML | BED | 55390-0147-01 | 2 | 26.250 | | 11.821 | | G | 23.64 |
| 133389 | 2 | CT | HEPARIN L/F VL 100U 10ML/25 | HOS | 409-1152-70 | 2 | 17.190 | | 12.314 | | G | 24.63 |
| 573865 | 1 | CT | LIDOCAINE MDV 1% 50ML/25 | HOS | 409-4276-02 | 2 | 68.440 | | 21.426 | | G | 21.43 |
| 050732 | 2 | CT | METHYLENE BLUE VL 1% 10ML/10 | TAY | 11098-0504-10 | 2 | 60.300 | | 34.360 | | G | 68.72 |
| 3671188 | 2 | CT | MIDAZOLAM VL 5MG/ML 1ML/10 | BAX | 100019-0027-01 | 4 | 12.500 | | 9.851 | | G | 19.70 |
| 3415347 | 3 | CT | PANCURONEUM VL 1MG/ML 10ML/25 | HOS | 409-4646-01 | 2 | 51.880 | | 40.635 | | G | 121.91 |
| 666149 | 3 | CS | PENTOTHAL COMBO PAK 1GM 50ML 25 | HOS | 409-6431-02 * | 4 | 743.130 | | 585.642 | | G | 1756.93 |
| 126482 | 2 | CT | POT CHL VL 40MEQ 20ML/25 | HOS | 409-6653-05 | 2 | 16.560 | | 8.373 | | G | 16.75 |
| 124313 | 2 | CS | SOD CHL .9% 1000ML/12 BAG | HOS | 409-7983-09 | 2 | 20.400 | | 16.076 | | G | 32.15 |

COPY
MAILED 6/3/09

Pay by and Deduct 110.06

GROSS TOTAL 2201.31

1 1/2% SERVICE CHARGE (18% PER ANNUM) ON PAST DUE ACCOUNTS

TOTAL TAX .00
NET AMOUNT 2091.25

*AC - Price Change    Promo % - Mfg Promotion Disc
C = C/S = Drug Class    * = Prescriptions
*G = Contract Item    4 = Schedule 4-5
I = Group    5 = L4 Only
M = Individual    6 = Schedule 3
   = M&D    8 = Schedule 2

ndcr    V = f
        I = i
        P = Pts

RINGO-71

**Plaintiffs' Summary Judgment Exhibit 27 -- Page 4**



# Morris Dickson Co., L.L.C.

10301 Hwy 1 South, Shreveport, LA — SINCE 1841 — Ph. 318-797-7900
P.O. Box 51367 Shreveport, LA 71135-1367  Ph. 318-797-7900

| SHIP TO | BILL TO |
|---|---|
| E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628 |

ACK # 80652

| CUST NO. | DEA REG NO | INVOICE NO | DATE |
|---|---|---|---|
| 217727 | BE6051700 | 8934123 | 3/17/09 |

| ORD TYPE | P.O. NUMBER | PAGE |
|---|---|---|
| 3 | 9220052O | 1 |

| SHIP VIA | DEPT NUMBER |
|---|---|
| 219 | M & D |

DEA No. RM0314790

| ITEM # | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | PPI | CS/REBATE | INST | COST | GPS% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 666149 | 1 | CS | PENTOTHAL COMBO PAK 1GM 50ML25 | HOS | 409-6431-02 | * | | 743.130 | 585.642 | | 585.64 |
| 341537 | | | Pancuronium 1mg 10/ml 25<br>Pancuronium Bromide | | cc404-4646-01 | | | | 40.604 | | |

GROSS TOTAL: 616.46
Pay by 4/16/09 and Deduct 30.82
TOTAL TAX
NET AMOUNT: 585.64

1 1/2% SERVICE CHARGE (18% PER AN...) ON PAST DUE ACCOUNTS

*CLS = Drug Class
2 = Prescriptions
4 = Schedule 4-5
5 = LA Only
6 = Schedule 3
8 = Schedule 2

%. Mfg Promotion Disc
V = Phi
D = DSI
P = PHS

RINGO-77

**Plaintiffs' Summary Judgment Exhibit 27 -- Page 5**

# Morris & Dickson Co., L.L.C.

10301 Hwy 1 South, Shreveport, LA 71115 Ph. 318-797-7900
P.O. Box 51367 Shreveport, LA 71135-1367 Ph. 318-797-7900

SINCE 1841

REMIT TO:

| S H I P T O | E RECEPTION DIAG CORR CNTR 2727 HWY K BONNE TERRE, MO 63628 (573) 358-4412 | B I L L T O | E RECEPTION DIAG CORR CNTR P.O. BOX 236 JEFFERSON CITY, MO 65102 ACK # 52844 | CUST. NO. 21727 | DEA REG. NO. BE6051700 | INVOICE NO. 9125332 |
|---|---|---|---|---|---|---|
| | | | | ORD. TYPE 3 | P.O. NUMBER 92200616 | B2A 219 |
| | | | | SHIP VIA 219 M & D | DEPT. NUMBER MODeptofCorr | DATE 5/27/09 |
| | | | | | DEA No. RM0314790 | PAGE 1 |

COPY

MAILED 6/3/09

| ITEM | QTY | UNIT | DESCRIPTION | MFG. | NDC/UPC | PC CS | RETAIL | LIST | PROMO % | COST | G.P. % | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 502559 | 1 | EA | DIAZEPAM TAB 5 MG 100UD | UDL | 51079-0285-20 | 4 | | 32.140 | | 5.388 | | G | 5.39 |
| 407395 | 2 | EA | HALOPERIDOL VL5MG/ML 10ML | BED | 55390-0147-01 | 2 | | 26.250 | | 11.821 | | G | 23.64 |
| 133389 | 2 | CT | HEPARIN L/F VL 100U 10ML/25 | HOS | 409-1152-70 | 2 | | 17.190 | | 12.314 | | G | 24.63 |
| 573865 | 1 | CT | LIDOCAINE MDV 1% 50ML/25 | HOS | 409-4276-02 | 2 | | 68.440 | | 21.426 | | G | 21.43 |
| 050732 | 2 | CT | METHYLENE BLUE VL 1% 10ML/10 | TAY | 11098-0504-01 | 2 | | 60.300 | | 34.360 | | G | 68.72 |
| 361188 | 2 | CT | MIDAZOLAM VL5MG/ML 1ML/10 | BAX | 10019-0027-01 | 4 | | 12.500 | | 9.851 | | G | 19.70 |
| 341537 | 3 | CT | PANCURONIUM MDV 1MG/ML 10ML/25 | HOS | 409-4646-01 | 2 | * | 51.880 | | 40.635 | | G | 121.91 |
| 666149 | 3 | CS | PENTOTHAL COMBO PAK 1GM 50ML25 | HOS | 409-6431-02 | 4 | | 743.130 | | 585.642 | | G | 1756.93 |
| 126482 | 2 | CT | POT CHL VL 40MEQ 20ML/25 | HOS | 409-6653-05 | 2 | | 16.560 | | 8.373 | | G | 16.75 |
| 124313 | 2 | CS | SOD CHL .9% 1000ML/12 BAG | HOS | 409-7983-09 | 2 | | 20.400 | | 16.076 | | G | 32.15 |

| | GROSS TOTAL | 2201.31 | Pay by 6/26/09 and Deduct 110.06 | TOTAL | 2091.25 |
|---|---|---|---|---|---|
| | | | | NET AMOUNT | 2091.25 |
| | | | | TAX | .00 |

*CLS = Drug Class
2 = prescriptions
4 = Schedule 4-5
5 = LA Only
6 = Schedule 3
R = Schedule 2

PC - Price Change
Promo % - Mfg Promotion Disc.
c - Contract Item
IG = Group
V = Prime Vendor

1 1/2% SERVICE CHARGE (18% PER ANNUM) ON PAST DUE ACCOUNTS

# Morris Dickson Co., LLC

10301 Hwy 1 South, Shreveport, LA 71115  Ph. 318-797-7900
P.O. Box 51367  Shreveport, LA 71135-1367  Ph. 318-797-7900

SINCE 1841

REMIT TO

| SHIP TO | BILL TO |
|---|---|
| E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628<br>(573) 358-4412 | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO 63628.<br>ACK # 80652 |

| CUST NO. | DEA REG NO. | INVOICE NO. |
|---|---|---|
| 21727 | BF6051700 | 8934123 |
| CORD TYPE | P.O. NUMBER | DATE |
| 3 | 92200520 | 3/17/09 |
| SHIP VIA | DEPT NUMBER | PAGE |
| 219 M & D | | B2 |
| | | 1 |
| | | 21 |

DEA No. RM0314790

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | RETAIL | LIST | COST | GP% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 666149 | 1 | CS | PENTOTHAL COMBO PAK 1GM 50ML25 | HOS | 409-6431-02 * | 743.130 | | 585.642 | | 585.64 |
| 34153) | | | Pancuronium Bromide 1mg 10/ml 25 | | 00409-46-01 | | | 40.60 | | |

*CLS = Drug Class  2 = prescriptions  
% - Mfg Promotion Disc  4 = Schedule 4-5  5 = L4 Only  6 = Schedule 3  S = Schedule 2  
*C - Price Change  
$ - Item   V = Pri   O = DSi   PrvS

1 1/2% SERVICE CHARGE (18% PER AN...) ON PAST DUE ACCOUNTS

Pay by 4/16/09 and Deduct 30.82

| GROSS TOTAL | TOTAL TAX | NET AMOUNT |
|---|---|---|
| 616.46 | 585.64 | 585.64 |

10301 Hwy 1 South, Shreveport, LA 71115  Ph. 318-797-7900
SINCE 1841
P.O. Box 51367  Shreveport, LA 71135-1367  Ph. 318-797-7900

**REMIT TO:**

S H I P  T O:
E RECEPTION DIAG CORR CNTR
2727 HWY K
BONNE TERRE, MO
(573) 358-4412      63628

B I L L  T O:
E RECEPTION DIAG CORR CNTR
2727 HWY K
BONNE TERRE, MO      63628

ACK # 80652

CUST NO: 21727
ORD TYPE: 3
SHIP VIA: M & D
DEA REG. NO.: RM0314790
P.O. NUMBER: BE6051700
DEPT NUMBER: 92200520
INVOICE NO.: 8934123
DATE: 3/17/09
PAGE: 219

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | RETAIL LIST | COST | EXTENS |
|---|---|---|---|---|---|---|---|---|
| 666149 | 1 | CS | PENTOTHAL COMBO PAK 1GM 50ML25 | HOS | 409-6431-02 | 743.130 | 585.642 | 585.64 |

Pay by 4/16/09 and Deduct 30.82

GROSS TOTAL: 616.46
NET AMOUNT: 585.64
TOTAL TAX: 0.0

1 1/2% SERVICE CHARGE (18% PER ANNUM) ON PAST DUE ACCOUNTS

* CLS = Drug Class
2 = prescriptions
4 = Schedule 4-5
5 = L4 Only
6 = Schedule 3
8 = Schedule 2

Memo % - Mfg Promotion Disc.
- Contract Item
C - Price Change

V = Prime Vendor
D = DSHIP
P = PHS

v = Group
O = Individual
M = M&D

Plaintiffs' Summary Judgment Exhibit 27 -- Page 8

# Morris & Dickson Co., L.L.C.

10301 Hwy 1 South, Shreveport, LA 71115 Ph 318-797-7500
P.O. Box 51367 Shreveport, LA 71135-1367 Ph 318-797-7900

SINCE 1841

REMIT TO:

| S H I P T O | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO<br>(573) 358-4412<br>63628 | B I L L T O | E RECEPTION DIAG CORR CNTR<br>P.O. BOX 236<br>JEFFERSON CITY, MO 65102<br>ACK # 13592 |
|---|---|---|---|

| CUST. NO. | DEA REG. NO. | INVOICE NO. |
|---|---|---|
| 21727 | BE6051700 | 6127473 |
| ORD. TYPE | P.O. NUMBER | DATE |
| 3 | | 5/09/08 |
| SHIP VIA | DEPT. NUMBER | PAGE |
| 219 OTHER | | 1 |

DEA No. RMD16753

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | PC LS | RETAIL | LIST | PROMO % | COST | G.P. % | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 661068 | 1 | CT | FLUMAZENIL VL 5 ML CT/10 | BED | 55390-0092-10 | 2 | | 93.750 | | 74.183 | 49.46 | | 74.18 |
| 133389 | 2 | CT | HEPARIN L/F VL 100U 10ML/25 | BOS | 409-1152-70 | 2 | | 14.060 | | 11.120 | 9.15 | | 22.25 |
| 050732 | 2 | CT | METHYLENE BLUE VL 1% 10ML/10 | BOS | 11098-0504-10 | 2 | | 60.300 | | 49.702 | 34.50 | | 99.40 |
| 126484 | 1 | CT | POT CHL VL 40MEQ 20ML/25 | TAY | 409-6653-05 | 2 | | 14.380 | | 11.375 | 8.15 | | 11.375 |
| 124311 | 4 | CS | SOD CHL .9% 1000ML/12 BAG | BOS | 409-7983-09 | 2 | | 20.400 | | 16.141 | | | 79.63 |
| 123463 | 1 | CS | WATER IRR STR 1000ML/12 BOT | BOS | 409-7139-09 | 2 | | 26.100 | | 20.651 | | | 20.65 |

This invoice replaces Inv. #8123833

| GROSS TOTAL | | TOTAL TAX | NET AMOUNT |
|---|---|---|---|
| 328.66 | 16.43 | .00 | 312.25 |

Pay by 5/07/08 And Deduct

I 10% SERVICE CHARGE (16% PER ANN) *PAST DUE ACCOUNTS*
Ringo - 52

**Plaintiffs' Summary Judgment Exhibit 27 -- Page 9**

# Morris Dickson Co., LLC

10301 Hwy 1 South, Shreveport, LA 71115  Ph. 318-797-7900
SINCE 1841
P.O. Box 51367 Shreveport, LA 71135-1367  Ph. 318-797-7900

REMIT TO

| | | |
|---|---|---|
| S H I P T O | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO  63628<br>(573) 358-4412 | B I L L T O | E RECEPTION DIAG CORR CNTR<br>2727 HWY K<br>BONNE TERRE, MO  63628<br>ACK # 09872 |

| CUST. NO. | DEA REG. NO. | INVOICE NO. |
|---|---|---|
| 21727 | BE6051700 | 8124547 |
| ORD TYPE | P.O. NUMBER | DATE |
| 3 | | 5/07/08  C2A |
| SHIP VIA | DEPT NUMBER | PAGE |
| 219 M & D | | 1 |

DEA No. RM0314790

| ITEM | QTY | UNIT | DESCRIPTION | MFG | NDC/UPC | PC | CLS | RETAIL LIST | PROMO COST | G.P.% | C | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 361188 | 2 | CT | MIDAZOLAM VL5MG/ML 1ML/10 | BAX | 10019-0027-01 | 4 | | 15.630 | 12.364 | | | 24.73 |
| 061754 | 7 | GS | PENTOTHAL RTM SRN 500MG/25LTR HOS | | 409-3353-01 | 4 | | 541.9410 | 428.0033 | | | 2996.23 |

COPY

| Promo % - Mfg Promotion Disc | * CLS = Drug Class | | Pay by 6/06/08 | GROSS TOTAL | 3179.95 |
|---|---|---|---|---|---|
| PC - Price Change | 2 = prescriptions | | and Deduct | | |
| G = Group  V = Prime | 4 = Schedule 4-5 | | 158.99 | TOTAL TAX | 0.0 |
| I = Individual  D = DSi | 5 = L4 Only | | | | |
| AI = A1xD  P = PhS | 6 = Schedule 3 | | | NET AMOUNT | 3020.96 |
| ^I = | 8 = Schedule 2 | | | | |

1 1/2% SERVICE CHARGE (18% PER A.) ON PAST DUE ACCOUNTS

Ringo - 54
**Plaintiffs' Summary Judgment Exhibit 27 -- Page 10**