IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| EARL RINGO et al., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-4095-CV-C-NKL |
| ) | |
| GEORGE A. LOMBARDI et al., ) | |
| Respondent. ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL SEALED EXHIBIT

Defendant asks leave to file an additional exhibit under seal - Exh. 9 in Support of the Motion for Summary Judgment- redacted copies of the physician's DEA & BNDD registrations.

Respectfully submitted,

**Chris Koster**
Attorney General

/s/Michael J. Spillane

**Michael Spillane**
Assistant Attorney General
Missouri Bar No. 40704
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573)751-7406
Facsimile: (573)751-2096

1

## Certificate of Service

      The above-titled pleading has been filed with this Court's Electronic mail system on January 24, 2011 and should be served by the system on counsel for Plaintiffs:

/s/Michael J. Spillane

_____
Michael J.  Spillane