# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| EARL RINGO, *et al.*, | ) |
| Plaintiffs, | ) |
| LARRY C. FLYNT, | ) |
| Intervener, | ) |
| v. | ) Case No. 09-04095-CV-C-BP |
| GEORGE A. LOMBARDI, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Movant Larry C. Flynt's Second Motion to Intervene. (Doc. 288.) The Eighth Circuit has "direct[ed] that Flynt be allowed to intervene." *Flynt v. Lombardi*, 782 F.3d 963, 967 (8th Cir. 2015). Accordingly, Flynt's Motion, (Doc. 288), is **GRANTED**. Flynt may intervene and may file his Motion to Unseal Docket Entries. (*See* Docs. 288-1, 288-2.) Further, Plaintiffs, Defendants, and Flynt are hereby **ORDERED** to meet and confer in order to establish a briefing schedule for Flynt's Motion to Unseal. The parties shall submit a joint proposed briefing schedule within 14 days of the date of this Order.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: July 20, 2015